IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gregory Petrosh,                                    :

        Plaintiff,

                                Case No. 3:13-CV-412

    vs                                            :

Bank of America, N.A.,                          District Judge Thomas M. Rose

        Defendant .                         :

---

**ORDER OF DISMISSAL: TERMINATION ENTRY**

---

The Court having been advised by both parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice as to the parties, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **December 30, 2013**          _____

Thomas M. Rose, Judge
United States District Court